DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JESSEE THOMAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2709

[November 20, 2025]

Appeal of order denying rule 3.800 motion the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 50-2008-CF-009440-HXXX-MB.

Jessee Thomas, Century, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER and SHAW, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***